# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR171** |
| vs. ) | |
| ) | **ORDER** |
| **LLOYD GILPIN,** ) | |
| ) | |
| **Defendant.** ) | |

On June 24, 2005, defendant filed an unopposed Motion to Continue Trial (#15). Apparently, all counsel in this case are scheduled "to be in trial in another courtroom." I note that the current June 28, 2005 trial date was set approximately four (4) weeks ago, at which time the parties were specifically ordered that any motions for a continuance of the trial date "shall be electronically filed on or before **June 13, 2005**." The trial order also advised that a defense motion for continuance must be accompanied by a waiver of speedy trial. Unfortunately, defense counsel failed to comply with either of these simple requirements.

**IT IS ORDERED** that defendant's MOTION TO CONTINUE TRIAL (#16) is held in abeyance pending compliance with NECrimR 12.1. Defendant shall file the required waiver before the close of business on **June 30, 2005**.

**DATED June 27, 2005.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**