IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR171 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| LLOYD GILPIN, | ) ) ) | SCHEDULING ORDER |
| Defendant. | ) ) | |

IT IS ORDERED that the following is set for hearing on June 30, 2005 at 3:00 p.m. before District Court Judge Laurie Smith Camp, *Courtroom No. 2*, *Third Floor*, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

**Motion to Continue Trial [16]**

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 28th day of June, 2005.

BY THE COURT:

s/ Laurie Smith Camp
U.S. District Judge