IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LLOYD GILPIN, | ) | |
| | ) | |
| Defendant. | ) | |

The U.S. Attorney's Office has requested that the Court not schedule court appearances or hearings on September 30, 2005, due to the scheduling of its annual retreat. Therefore,

IT IS ORDERED that the sentencing hearing in this matter, currently scheduled for Friday, September 30, 2005, has been rescheduled to **Thursday, September 29, 2005, at 1:30 p.m.**, before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom # 2, United States Courthouse, Omaha, Nebraska.

DATED this 1st day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge